

ORDERED in the Southern District of Florida on December 4, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                          Case No.: 15-28692-LMI

Antonio Manuel Rivera                                           Chapter 13

     Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE**, having come before the court on the 1st day of December, 2015 on Debtor's Objection to Claim of Independent Bank (claim number 3) [DE#15] and based on the record it is;

**ORDERED and ADJUDGED**:

1. Debtor's Objection to Claim of Independent Bank (claim number 3) is sustained.

2. Claim Number 3 is allowed as a secured claim but shall receive no distribution from the Chapter 13 Trustee.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy K. Neidich, Trustee
Debtor
Creditor

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.